

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

February 12, 1963

Honorable John H. Winters            Opinion No. C-13
Commissioner
Department of Public Welfare         Re:  Whether, under the facts
Austin, Texas                             stated, a child care fac-
                                          ility comes within the pur-
                                          view of Section 8(a) of
                                          Article 695(c), Vernon's
Dear Sir:                                 Civil Statutes.

          In accordance with your letter of January 16, 1963,
we have carefully reconsidered Attorney General's Opinion No.
WW-1310, dated April 12, 1962.  This opinion was addressed to
the Honorable Norman W. Barr, County Attorney, Tom Green County.
In the original opinion request Mr. Barr stated in part:

          "We have in our community a man and wife
     who conduct in their home a day time baby sitting
     facility which cares for not more than five child-
     ren at any one time.  This facility is available
     only during the day time for the mothers of child-
     ren who work."

          While Opinion No. WW-1310 is correct  in stating
that such a baby sitting facility does not come within the
definition of a Commercial  Day Care Center as defined in
Subsection 1(d) of Section 8(a) of Article 695(c), Vernon's
Civil Statutes, it is incorrect insofar as it leaves the im-
pression that such a facility is not subject to licensing
under the provisions of Article 695(c) of Vernon's Civil Stat-
utes.

          In our opinion the facility described in the County
Attorney's request for an opinion is defined in Section 8(a)
of Article 695(c), Vernon's Civil Statutes, as follows:

          "1.  Definitions

          ". . .

          "(e)  Commercial Boarding Home.  A commercial
     boarding home is a private home or place of resi-
     dence of any person or persons, which operates for
     profit, where six (6) or less children under sixteen

-54-

(16) years of age are received for care and custody or maintenance, apart from their own family or relatives, for either part of the day or for twenty-four (24) hour-a-day care." (Emphasis added)

A baby sitting facility of the type described which cares for not more than six children for all or part of the day is therefore subject to licensing as a Commercial Boarding Home under the provisions of Section 8(a)1(e) of Article 695(c) of Vernon's Civil Statutes.

### S U M M A R Y

A child care facility caring for six or less children and offering the services described herein is subject to licensing by the Department of Public Welfare under Section 8(a) 1(e) of Article 695(c) of Vernon's Civil Statutes, as a "Commercial Boarding Home."

Sincerely,

WAGGONER CARR
Attorney General of Texas

By: Jerry Brock
Assistant

JB:mkh

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Brady Coleman
Ernest Fortenberry
J. S. Bracewell
Paul Phy

APPROVED FOR ATTORNEY GENERAL
BY:  Stanton Stone